**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 16, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

JAMES HARMON,

　　　　Plaintiff - Appellant,

v.

GOV. SEAN PARNELL,

　　　　Defendant - Appellee.

No. 13-1028
(D.C. No. 1:12-CV-02922-LTB)
(D. Colorado)

---

**ORDER AND JUDGMENT**[*]

---

Before **HARTZ**, **O'BRIEN**, and **GORSUCH**, Circuit Judges.

---

　　　　James Harmon filed in the United States District Court for the District of

Colorado a frivolous complaint under 42 U.S.C. § 1983 against Governor Sean

Parnell of Alaska, claiming that he had been subjected to cruel and unusual

punishment. His statement of supporting facts was simply: "Shortly after I was

arrested in 2004, the state of Alaska essentially declared war on me. This

campaign includes all judges, federal and state (in the state of Alaska)." R. at 6.

---

[*]After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument. This order and judgment is
not binding precedent except under the doctrines of law of the case, res judicata,
and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

The district court dismissed the complaint under 28 U.S.C. § 1915 as legally frivolous. Mr. Harmon appeals. We DISMISS the appeal as frivolous. Both dismissals shall count as strikes under 28 U.S.C. § 1915(g). *See Jennings v. Natrona Cnty. Det. Ctr.*, 175 F.3d 775, 780 (10th Cir. 1999). We deny Mr. Harmon's request to proceed *in forma pauperis*.

Entered for the Court


Harris L Hartz
Circuit Judge